### STATE OF CONNECTICUT *v.* JAMAHL HURDLE

The defendant's petition for certification for appeal from the Appellate Court, 85 Conn. App. 128 (AC 24230), is denied.

*Robert J. McKay*, special public defender, in support of the petition.

*Melissa L. Streeto*, deputy assistant state's attorney, in opposition.

Decided November 4, 2004